ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                        )
                                                   )
Portus Services, LLC                               )   ASBCA No.    61884
                                                   )
Under Contract No.    HTC711-16-D-R014             )

APPEARANCE FOR THE APPELLANT:          Yuki Haraguchi, Esq.
                                         Holmes Pittman & Haraguchi, LLP
                                         Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Jeffrey P. Hildebrant, Esq.
                                         Air Force Chief Trial Attorney
                                       Colby L. Sullins, Esq.
                                         Trial Attorney

ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated.  Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated:  July 20, 2020

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61884, Appeal of Portus Services, LLC, rendered in conformance with the Board's Charter.

Dated: July 20, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals